UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:24-cv-1571-JSD |
| | ) |
| CITY OF FLORISSANT, MISSOURI, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on its review of the record. On November 22, 2024, Plaintiff Jane Doe[1] filed her Complaint against the City of Florissant, Missouri and Julian Alcala, in his individual capacity. (ECF No. 1)

To date, Plaintiff have not filed a motion to proceed anonymously or under a pseudonym. *See Doe v. Washington Univ.*, 652 F. Supp. 3d 1043, 1045 (E.D. Mo. 2023) (quoting *Doe v. Frank*, 951 F.2d 320, 323 (11th Cir. 1992) (noting "courts apply a balancing test, weighing a variety of (non-exclusive) factors to determine whether the plaintiff 'has a substantial privacy right which outweighs the customary constitutionally-embedded presumption of openness in judicial proceedings'"); *see also Sealed Plaintiff v. Sealed Defendant*, 537 F. 3d 185, 189 (2nd Cir. 2008); *In re Ashley Madison Customer Data Sec. Breach Litig.*, No. 2669, 2016 WL 1366616, at *3 (E.D. Mo. Apr. 6, 2016); *Doe H.M. v. St. Louis County*, No. 07-CV-02116, 2008 WL 151629, at *1 (E.D. Mo. Jan. 14, 2008); Fed. R. Civ. P. 10(a) ("[t]he title of the complaint must name all the parties ...."); Fed. R. Civ. P. 17(a) ("[a]n action must be prosecuted in the name of the real party in interest." These two rules create a "strong presumption against allowing parties to use a

---

[1] The City recommends renaming the Plaintiff as "Julie Doe" in this action to avoid confusion with the Jane Doe in 4:24-CV-01528. *See* ECF No. 3-1, ¶4.

pseudonym."). The Court, therefore, orders Plaintiff to file a motion to proceed anonymously or by pseudonym, utilizing the factors identified by this district. *See Doe v. Washington Univ.*, 652 F. Supp. 3d at 1046 ("Courts in this district have observed that [f]actors weighing in favor of a pseudonym include whether: (1) the plaintiff is challenging government activity, (2) the plaintiff is disclosing information of the utmost intimacy, (3) the plaintiff risks criminal prosecution for the information alleged in the complaint, (4) the plaintiff would risk social stigma or physical threats, and (5) the plaintiff is particularly vulnerable.")(citations omitted); *see also id.* ("Courts also require that the moving party show (1) fear of severe harm and (2) that the fear of severe harm is reasonable.") (citations omitted).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file a motion to proceed anonymously or by pseudonym no later than **December 16, 2024**.

_____
**JOSEPH S. DUEKER**
**UNITED STATES MAGISTRATE JUDGE**

Dated this 10th day of December, 2024.

2