# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JULIE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:24-cv-1571-JSD |
| | ) |
| CITY OF FLORISSANT, MISSOURI, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court under Plaintiff's Notice of Amendment of Complaint Pursuant to Rule 15(a)(1)(A)(2) ("Notice of Amendment"; ECF No. 9).[1] Under Rule 15(a)(1)(A), Fed. R. Civ. P., Plaintiff does not need leave of Court to amend and may file the Amended Complaint as a matter of course because it was filed within 21 days after Plaintiff filed the original Complaint. The Court will direct the Clerk of the Court to detach and docket the Amended Complaint (ECF No. 9-1) as of the date the Notice of Amendment was filed.

Accordingly,

**IT IS HEREBY ORDERED** that Clerk of the Court shall detach and docket the Amended Complaint (ECF No. 9-1) as of the date the Notice of Amendment was filed.

**IT IS FURTHER ORDERED** that "JULIE DOE" is now the operative plaintiff's name in this action.

---

[1] Plaintiff filed this Notice Pursuant to "Rule 15(a)(1)(A)(2)" but no such subsection exists. The Court assumes that the additional (2) was harmless error.

                                    **JOSEPH S. DUEKER**
                                    **UNITED STATES MAGISTRATE JUDGE**

Dated this 16th day of December, 2024.